IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **RICHARD GRAY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **Case No. 15-9203-CM** |
| **TROOPER RYAN KUFAHL, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## MEMORANDUM AND ORDER

Plaintiff Richard Gray brings this action pro se, claiming that a number of Kansas State Troopers and others violated his constitutional rights when they stopped the pickup truck plaintiff was driving, searched and seized the truck, and detained plaintiff at the Lyons County Detention Center. The case is before the court on three documents filed by plaintiff, all of which are titled "Cause of Action" (Docs. 46, 47, and 48). In these filings, plaintiff seeks release of the truck he was driving, a $6,000 surety bond, and the items that were inside the truck at the time it was seized. Alternatively, plaintiff requests compensation in the form of money or gold or silver coins.

Plaintiff's filings are not recognized by the Federal Rules of Civil Procedure. He offers no legal authority or argument relating to his requests. Plaintiff bears the burden of showing that he is entitled to relief, and the court is unaware of any authority that would require defendants to release the truck, bond, or other items at this stage of the proceedings. Indeed, defendants represent that they do not have possession of any of the items. And plaintiff appears to seek relief from counsel for defendants, which is not warranted. Defendants' attorneys are not parties in the case.

-2-

The court therefore denies the requests in Docs. 46, 47, and 48 without prejudice because the filings are not in the form of a proper motion and plaintiff has not cited any authority for his requested relief.

**IT IS THEREFORE ORDERED** that the three documents titled "Cause of Action" (Docs. 46, 47, and 48) are denied without prejudice.

Dated this 7th day of June, 2016, at Kansas City, Kansas.

                                      **s/ Carlos Murguia**
                                      **CARLOS MURGUIA**
                                      **United States District Judge**